**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **KIMBERLY MENDOZA YNIQUEZ,** *Plaintiff,* <br><br> **v.** <br><br> **REEVES COUNTY, TEXAS,** *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **P:25-CV-00023-DC** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation from United States Magistrate Judge David B. Fannin (Doc. 14) concerning Defendant Reeves County, Texas's Motion to Dismiss (Doc. 10). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Fannin issued his report and recommendation on January 5, 2026. As of the date of this Order, neither party has filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations on a dispositive motion within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for factual findings that demonstrate clear error or legal conclusions that are contrary to law. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no

party has filed timely objections, the Court reviews the report and recommendation for facts that show clear error or legal conclusions that are contrary to law, finding none.

As a result, the Court **ADOPTS** the report and recommendation and **DENIES** the Motion to Dismiss as to Plaintiff's conditions-of-confinement and state-law claims. It, however, **GRANTS** the Motion to Dismiss as to Plaintiff's episodic-acts-or-omission claim involving failure to train policies.

Defendant is therefore **ORDERED** to timely file an answer concerning the remaining claims.

It is so **ORDERED**.

SIGNED this 21st day of January, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE